UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIHAL ERKAN, individually and on behalf of all
others similarly situated,

                              Plaintiffs,

    -against-

FOX LIFESTYLE HOSPITALITY, LLC.

                              Defendant.
-----------------------------------------------------------------X

Case No. 1:23-cv-6243

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 22, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | LaMonica Herbst & Maniscalco, LLP |
| By: _*Mars Khaimov*_ | By: _*Joseph S. Maniscalco*_ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | Joseph S. Maniscalco, Esq.<br>3305 Jerusalem Avenue<br>Wantagh, New York 11793<br>(516) 826-6500<br>jsm@lhmlawfirm.com<br>*Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J

**So Ordered.**

s/NICHOLAS G. GARAUFIS
Hon. Nicholas G. Garaufis
Date: 4/2/24

4895-5040-3388.1